## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Barack Ochondo, On Behalf of Himself and All Others Similarly Situated

Plaintiff

vs.   Case No.: 1:20-cv-00701-NYW

Specialized Loan Servicing LLC

Defendant

### AFFIDAVIT OF SERVICE

I, Adam Golden, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Consent/Non-Consent to the Exercise of Jurisdiction by a United States Magistrate Judge in Direct Assignment Cases, Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, Class Action Complaint with Exhibit A, and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/17/2020 at 2:29 PM, I served Specialized Loan Servicing LLC c/o United Agent Group Inc., Registered Agent at 3411 Silverside Road, Tatnall Building, Suite 104, Wilmington, Delaware 19810 with the Summons, Consent/Non-Consent to the Exercise of Jurisdiction by a United States Magistrate Judge in Direct Assignment Cases, Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, Class Action Complaint with Exhibit A, and Civil Cover Sheet by serving Jennifer Goetz, Agent, authorized to accept service on behalf of United Agent Group Inc.

Jennifer Goetz is described herein as:

Gender: Female   Race/Skin: White   Age: 45   Weight: 115   Height: 5'6"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

3-19-20
Executed On

Adam Golden

Client Ref Number: 544-02
Job #: 1576256

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

BARACK OCHONDO, on behalf of himself and all others similarly situated,

*Plaintiff(s)*

v.

SPECIALIZED LOAN SERVICING LLC

*Defendant(s)*

Civil Action No. 1:20-cv-00701-NYW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SPECIALIZED LOAN SERVICING LLC
c/o United Agent Group Inc
3411 Silverside Road
Tatnall Building #104
Wilmington, DE 19810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hassan A. Zavareei
Tycko & Zavareei LLP
1828 L Street NW, Suite 1000
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/13/2020

s/C. Madrid
*Signature of Clerk or Deputy Clerk*