## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No.: 1:20-cv-00701

BARACK OCHONDO,
*On Behalf of Himself and All Others Similarly Situated,*

    Plaintiff,

v.

SPECIALIZED LOAN SERVICING LLC,

    Defendant.

### RULE 7.1 DISCLOSURE

Specialized Loan Servicing LLC is wholly owned by Specialized Loan Servicing Holdings LLC, a Delaware limited liability company, and indirectly owned by Computershare Limited, an Australian public company traded on the Australian Stock Exchange under the symbol "CPU".

DATED: April 6, 2020

Respectfully submitted,

*/s/ Matthew A. Morr*
Matthew A. Morr, #35913
Chad P. Jimenez, #45136
**BALLARD SPAHR LLP**
1225 Seventeenth Street, Suite 2300
Denver, Colorado 80202
Telephone: 303-292-2400
Facsimile: 303-296-3956
morrm@ballardspahr.com
jimenezc@ballardspahr.com

*Attorneys for Defendant
Specialized Loan Servicing LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020, I filed the foregoing **RULE 7.1 DISCLOSURE** with the Clerk of Court via the CM/ECF system to all counsel of record.

                                              */s/ Sherri L. Clark*
                                              Sherri L. Clark