# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00701

BARACK OCHONDO,
*on behalf of himself and all others*
*similarly situated*

      Plaintiff,

v.

SPECIALIZED LOAN SERVICING LLC,

      Defendant.

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

On March 30, 2020, the Court issued an Order to Show Cause directing Plaintiff Barack Ochondo to show cause in writing on or before April 20, 2020, why the case should not be dismissed for lack of federal subject matter jurisdiction. Mr. Ochondo, through counsel, responds as follows.

As set forth in the Complaint, this Court has subject matter jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), which states that the district courts shall have jurisdiction of any civil action in which the matter in controversy exceeds the sum or value of $5,000,000 and is a class action in which any member of a class of plaintiffs is a citizen of a State different from any defendant. 28 U.S.C. § 1332(d)(2)(A).

Under 28 U.S.C. § 1332(d)(10), an "unincorporated association" is deemed to be a citizen of the state where it has its principal place of business and the state under whose laws it is organized. Although the Tenth Circuit has not decided the issue, the Fourth Circuit has held that an LLC is considered "an unincorporated association" within the

1

meaning of § 1332(d)(10) and thus, for CAFA purposes, is a citizen of the state where it has its principal place of business and the state under whose laws it is incorporated. *See Ferrell v. Express Check Advance, LLC*, 591 F.3d 698, 705 (4th Cir. 2010). *See also, e.g.*, *Ramirez v. Carefusion Resources, LLC*, No. 18-cv-2852-BEN-MSB, 2019 WL 2897902, at * (S.D. Cal. July 5, 2019) (holding that for CAFA purposes an LLC is a citizen of the state under whose laws it is incorporated and the state where it has its principal place of business); Wright & Miller, *Fed. Prac. & Proc.* § 3630.2 (3d ed.) ("CAFA abrogates the long-standing rule that an unincorporated organization shares the citizenship of each of its members for diversity purposes.").

Here, Mr. Ochondo is a citizen of the State of Texas. Defendant Specialized Loan Servicing, LLC ("SLS") is a Delaware limited liability company with a principal place of business in Colorado. Thus, if the Court considers SLS to be an "unincorporated organization" under § 1332(d)(10), then diversity is satisfied. Further, according to SLS's Rule 7.1 Disclosure filed with this Court, Dkt. 11, SLS is wholly owned by Specialized Loan Servicing Holdings, LLC, a Delaware limited liability company. The parent company of Specialized Loan Servicing Holdings, LLC, is Computershare Limited, an Australian public company traded on the Australian Stock exchange under the symbol "CPU." Thus, because Mr. Ochondo is a citizen of a different state from these member entities, diversity is satisfied by that metric as well. Consequently, subject matter jurisdiction based on CAFA exists.

Counsel for Mr. Ochondo conferred with counsel for SLS prior to filing this Response. SLS agreed that Mr. Ochondo accurately described SLS's citizenship from the Rule 7.1 disclosure, and does not dispute that there is diversity.

DATED: April 20, 2020    Respectfully Submitted,

*s/ Hassan A. Zavareei*
Hassan A. Zavareei
Katherine M. Aizpuru
TYCKO & ZAVAREEI LLP
1828 L Street NW, Suite 1000
Washington, DC 20036
202.973.0900 (p)
202.973.0950 (f)
kaizpuru@tzlegal.com

Jonathan R. Marshall
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, West Virginia
(304) 345-6555 (p)
(304) 342-1110 (f)
jmarshall@baileyglasser.com

James L. Kauffman
BAILEY & GLASSER LLP
1054 31st Street, Suite 230
Washington, DC 20007
(202) 463-2101 (p)
(202) 463-2103 (f)
jkauffman@baileyglasser.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users.

                                            */ s/ Hassan A. Zavareei*
                                              Hassan A. Zavareei

4